# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GIOVANNI VALERIO,

    Petitioner,

vs.

ANTHONY SCILLIA, *et al.*,

    Respondents.

2:10-cv-01806-PMP-GWF

**ORDER**

    This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On January 31, 2011, respondents filed a motion for an extension of time to file their response to the petition (ECF No. 8). Good cause appearing, respondents' motion is **GRANTED.** Respondents are granted to and including March 17, 2011, to file their responsive pleading to the petition.

DATED: February 1, 2011.

                          PHILIP M. PRO
                          United States District Judge