**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GIOVANNI VALERIO, | ) |
| Petitioner - Appellant, | ) No. 11-16384 |
| vs. | ) 2:10-cv-1806-PMP-GWF |
| ANTHONY SCILLIA, et al., | ) |
| Respondents - Appellees. | ) **ORDER** |

Pursuant to order of the United States Court of Appeals for the Ninth Circuit in the above referenced case, appellant's motion for appointment of counsel in this appeal from the denial of a 28 U.S.C. §2254 petition for writ of habeas corpus was granted on May 14, 2012, and counsel was ordered appointed (#20). Therefore;

IT IS HEREBY ORDERED that the Nevada Federal Public Defender (411 E. Bonneville Avenue, Suite 250, Las Vegas, NV 89101, phone number 702-388-6577) is hereby appointed as counsel under the Criminal Justice Act to represent petitioner-appellant Giovanni Valerio.

IT IS FURTHER ORDERED, pursuant to the order of the United States Court of Appeals for the Ninth Circuit, the Clerk of Court is directed to notify the Clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointments@ca9.uscourts.gov.

DATED this  30th  day of May, 2012.

_____
PHILIP M. PRO
United States District Judge