# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GIOVANNI VALERIO,

    Petitioner,

vs.

ANTHONY SCILLIA, *et al.*,

    Respondents.

Case No. 2:10-cv-01806-GMN-GWF

**ORDER**

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel.

By order filed January 20, 2015, the Court directed the parties to file supplemental briefing regarding whether petitioner is entitled to equitable tolling of the AEDPA statute of limitations. (ECF No. 38). Petitioner has filed an unopposed motion for a second extension of time in which to file the second supplemental memorandum. (ECF No. 41). Petitioner seeks an enlargement of time, up to and including May 22, 2015, to file the second supplemental memorandum. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for a second extension of time to file the second supplemental memorandum (ECF No. 41) is **GRANTED.** Petitioner's second supplemental memorandum shall be filed on or before **May 22, 2015.**

**IT IS FURTHER ORDERED** that the parties **SHALL IDENTIFY** the proper case number for this case in the caption of all pleadings, as follows: **2:10-cv-01806-GMN-GWF**.[1]

Dated this 20th day of March, 2015.

Gloria M. Navarro, Chief Judge
United States District Court

---

[1] Due to the retirement of Senior District Judge Philip M. Pro, this case has been reassigned to Chief District Judge Gloria Navarro. (ECF No. 37).