# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GIOVANNI VALERIO,

    Petitioner,

vs.

ANTHONY SCILLIA, *et al.*,

    Respondents.

Case No. 2:10-cv-01806-GMN-GWF

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel.  Respondents have filed a second motion for an extension of time in which to file a response to petitioner's second supplemental memorandum. (ECF No. 47).  Respondents seek an enlargement of time, up to and including August 13, 2015, to file a response to petitioner's second supplemental memorandum.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file a response to petitioner's second supplemental memorandum (ECF No. 47) is **GRANTED.**  Respondents' response to petitioner's second supplemental memorandum shall be filed on or before **August 13, 2015.**

    **DATED** this 23rd day of July, 2015.

                                    Gloria M. Navarro, Chief Judge
                                    United States District Court