# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GIOVANNI VALERIO,

    Petitioner,

vs.

ANTHONY SCILLIA, *et al.*,

    Respondents.

Case No. 2:10-cv-01806-GMN-GWF

**ORDER**

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Respondents have filed a third motion for an extension of time in which to file a response to petitioner's second supplemental memorandum. (ECF No. 49). Respondents seek an enlargement of time, up to and including September 18, 2015, to file a response to petitioner's second supplemental memorandum. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a third extension of time to file a response to petitioner's second supplemental memorandum (ECF No. 49) is **GRANTED.** Respondents' response to petitioner's second supplemental memorandum shall be filed on or before **September 18, 2015.** No further extensions will be granted absent extraordinary circumstances.

**DATED** this 19th day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court