# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GIOVANNI VALERIO,

    Petitioner,

vs.

ANTHONY SCILLIA, *et al.*,

    Respondents.

Case No. 2:10-cv-01806-GMN-GWF

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel.  By order filed January 20, 2015, the Court directed the parties to file further briefing regarding whether petitioner is entitled to equitable tolling of the AEDPA statute of limitations.  (ECF No. 38).  Petitioner filed his second supplemental memorandum on May 22, 2015.  (ECF No. 43).  Respondents filed an opposition to the second supplemental memorandum on September 18, 2015.  (ECF No. 51).  Petitioner has filed a motion for a second extension of time in which to file a reply to respondents' opposition.  (ECF No. 54). Petitioner seeks an extension of time, up to and including January 4, 2016, to file a reply.  Having reviewed the motion and good cause appearing, petitioner's motion is granted.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS THEREFORE ORDERED** that petitioner's motion for a second extension of time to file a reply (ECF No. 54) is **GRANTED.** Petitioner's reply to respondents' opposition to the second supplemental memorandum shall be filed on or before **January 4, 2016.**

Dated this ___21___ day of December, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court