# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GIOVANNI VALERIO,

    Petitioner,

vs.

ANTHONY SCILLIA, *et al.*,

    Respondents.

Case No. 2:10-cv-01806-GMN-GWF

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Respondents have filed a motion for an extension of time in which to file a response to petitioner's motion for leave to conduct discovery. (ECF No. 58). Respondents seek an extension of time, up to and including April 21, 2016, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a response to petitioner's motion for leave to conduct discovery (ECF No. 58) is **GRANTED.** The response shall be filed on or before **April 21, 2016.**

    Dated this __26__ day of January, 2016.

                                                                     Gloria M. Navarro, Chief Judge
                                                                     United States District Court