UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GIOVANNI VALERIO,<br><br>Petitioner,<br><br>v.<br><br>ANTHONY SCILLIA, et al.,<br><br>Respondents. | Case No. 2:10-cv-01806-GMN-GWF<br><br>ORDER |

This is a counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 22, 2017, the Court granted the petitioner's motion for leave to conduct discovery in part and ordered that the specified discovery be completed no later than November 21, 2017. On November 21, 2017, the parties filed a joint stipulation requesting another 90 days to complete discovery. (ECF No. 67). Good cause appearing, the requested extension is GRANTED. The parties shall have up to and including February 20, 2018, within which to complete the discovery authorized by the Court's prior order.

IT IS SO ORDERED.

DATED THIS 27 day of November, 2017.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE