UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GIOVANNI VALERIO,<br><br>                     Petitioner,<br>    v.<br>ANTHONY SCILLIA, et al.,<br><br>                     Respondents. | Case No. 2:10-cv-01806-GMN-GWF<br><br>ORDER |

       This is a counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 22, 2017, the Court granted the petitioner's motion for leave to conduct discovery in part and ordered that the specified discovery be completed no later than November 21, 2017. On November 21, 2017, the parties filed a joint stipulation requesting another 90 days to complete discovery and file memoranda as directed in the Court's order. The Court granted the stipulation and extended the deadline to February 20, 2018.

       On February 20, 2018, the parties filed a second joint stipulation to extend the time period to complete discovery and file memoranda (ECF No. 70). The parties seek another 90-day extension of time. The reasons for the request are: (1) the deputy attorney general who was previously handling this case retired in December 2017, and the deputy attorney general now handling the case needs additional time to familiarize herself with its lengthy history before being able to determine whether all issues have been fully resolved prior

to an evidentiary hearing; and (2) more depositions may be needed related to a declaration from former Nevada Department of Corrections employee Steven Statler.

Good cause appearing, the parties' joint stipulation for an extension of time (ECF No. 70) is GRANTED. The parties shall have up to and including May 21, 2018, within which to complete the discovery authorized by the Court's prior order, and to file simultaneous memoranda as set forth in the order.

IT IS SO ORDERED.

DATED THIS 20 day of February, 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE