UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GIOVANNI VALERIO,<br><br>    Petitioner,<br><br>v.<br><br>ANTHONY SCILLIA, et al.,<br><br>    Respondents. | Case No. 2:10-cv-01806-GMN-GWF<br><br>ORDER |

    Good cause appearing, respondents' unopposed motion for an extension of time (ECF No. 72) is GRANTED. The parties will have until June 30, 2018, to file their discovery memoranda as provided in the prior orders of the Court.

    IT IS SO ORDERED.

    DATED THIS __22__ day of __May__, 2018.

                                                              GLORIA M. NAVARRO<br>                                                              UNITED STATES DISTRICT JUDGE