UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GIOVANNI VALERIO,<br><br>　　　　　　　Petitioner,<br>v.<br>ANTHONY SCILLIA, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:10-cv-01806-GMN-GWF<br><br>ORDER |

This is a counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 22, 2017, the Court granted the petitioner's motion for leave to conduct discovery in part and ordered that the specified discovery be completed no later than November 21, 2017. Pursuant to several extensions of time, the current deadline to complete discovery and file memoranda is June 30, 2018. On June 19, 2018, the parties moved for another extension of time to complete discovery, to and including August 29, 2018.

The parties assert that information they learned during a meeting with Mr. Steven Statler on June 11, 2018, indicates a need to pursue conversations with, and possibly depositions of, several other individuals. The parties therefore request a sixty-day extension of time to comply with the Court's September 22, 2017 order.

Good cause appearing, the parties' joint stipulation for an extension of time (ECF No. 74) is GRANTED. The parties shall have up to and including August 29, 2018, within

which to complete the discovery authorized by the Court's prior order, and to file simultaneous memoranda as set forth in the order.

IT IS SO ORDERED.

DATED THIS 20 day of _____June_____, 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE