UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GIOVANNI VALERIO,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br>ANTHONY SCILLIA, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:10-cv-01806-GMN-GWF<br><br>ORDER |

This is a counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 22, 2017, the Court granted the petitioner's motion for leave to conduct discovery in part and ordered that the specified discovery be completed no later than November 21, 2017. Pursuant to several extensions of time, the current deadline to complete discovery and file memoranda is August 29, 2018. Respondents now move for a brief extension of time for the parties to file their memoranda, to and including September 10, 2018.

Good cause appearing, the respondents' unopposed motion for enlargement of time (ECF No. 76) is GRANTED. The parties shall have to and including September 10, 2018, within which to file simultaneous memoranda as set forth in the Court's prior order.

IT IS SO ORDERED.

DATED THIS 29 day of August, 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1