UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GIOVANNI VALERIO,<br><br>Petitioner,<br><br>v.<br><br>ANTHONY SCILLIA, *et al.,*<br><br>Respondents. | Case No. 2:10-cv-01806-GMN-EJY<br><br>ORDER |

For good cause shown,

IT IS ORDERED that the parties' joint motion for a stay (ECF No. 84) is GRANTED and this matter is STAYED pending the issuance of the mandate following an *en banc* decision by the Ninth Circuit in *Smith v. Davis*, No. 17-15874, but subject to the ability of the parties to take the perpetuation deposition referenced below during the stay.

IT IS FURTHER ORDERED that the parties shall file a motion to reopen within sixty (60) days after the issuance of the mandate in *Smith*. In the motion to reopen, the parties shall reflect the parties' joint position or respective positions as to whether an evidentiary hearing still will be required on any issues going to the timeliness of the federal petition.

IT IS FURTHER ORDERED that the evidentiary hearing previously scheduled in this matter for 9:00 a.m. on September 20, 2019, therefore is CONTINUED WITHOUT DATE until further order of the Court.

IT IS FURTHER ORDERED that Petitioner's unopposed motion to take the perpetuation deposition of Dianne Dickson (ECF No. 85) is GRANTED, and her

deposition testimony may be admitted in lieu of live testimony pursuant to Rule 32(a)(4) of the Federal Rules of Civil Procedure. It is the Court's understanding – and intention – that the parties will take the deposition of Ms. Dickson as soon as is reasonably practicable, and not later than sixty (60) days after her return to Las Vegas, so that the matter thereafter may proceed forward without delay after the stay is lifted following the decision and mandate in *Smith*. While good cause has been shown for a stay, this case nonetheless is approaching nine years in age measured from its original filing date.

The Clerk of Court accordingly shall ADMINISTRATIVELY CLOSE this action until further order of the Court.

DATED: August 26, 2019

_____
Gloria M. Navarro, Chief Judge
United States District Court